```
                            United States Bankruptcy Court
                            Western District of Washington
In re:                                                              Case No. 14-14389-TWD
Luu Le                                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2         User: sharona             Page 1 of 2         Date Rcvd: Feb 17, 2015
                             Form ID: ntcdsm           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
db          +Luu Le,   8823 Renton Ave. S., #2,   Seattle, WA 98118-4918
cr          +Karr Tuttle Campbell,   Attn: Stephanie Lakinski,   701 Fifth Avenue, Ste. 3300,
              Seattle, WA 98104-7055
sr          +MUFG Union Bank, N.A., formerly known as Union Ban,   c/o Michele Sabo Assayag,
              c/o Creditor Attorney,   2018 156th Avenue NE, Ste. 100,   Bellevue, WA 98007-3825
955086346   +Allen Brackett Shedd,   18728 Bothell Way N.E., Suite B,   BOthell, WA 98011-1979
955086347   +Alliance One,   P.O. Box 2449,   Gig Harbor, WA 98335-4449
955086348   +Assayag & Mauss PLC,   2018 156th Ave. N.E., Suite 100,   Bellevue, WA 98007-3825
955086349   +City of Bethel,   City Attorney's Office,   P.O. Box 1388,   Bethel AK 99559-1388
955086350   +Co-owner of Petrovisky property,   c/o 70-7 East HArrison,   Seattle, WA 98109-4530
955086351   +Durkee & Henessey,   2200 - 112th Ave. N.E., Suite 200,   Bellevue, WA 98004-2951
955086352   +Hacker & Willig, Inc,   520 Pike St., Suite 2500,   Seattle, WA 98101-4083
955198250   +Karr Tuttle Campbell,   Attn: Diana K. Carey,   701 Fifth Avenue Ste 3300,
              Seattle  WA 98104-7055
955086354   +Karr, Tuttle, Campbell,   701 Fifth Ave., Suite 3300,   Seattle, WA 98104-7055
955161012   +MUFG Union Bank, N.A,,   formerly known as Union Bank, N.A.,   c/o Michele Sabo Assayag, Esq.,
              ASSAYAG MAUSS, LLP,   2018 156th Avenue NE, Suite 100,   Bellevue, WA 98007-3825
955086356   +Mortgage Lender #1,   c/o 707 E. Harrison,   Seattle, WA 98102-5410
955086357   +Mortgage Lender #2,   c/o 707 E.HArrison,   Seattle, WA 98102-5410
955086358   +S.W. Suburban Sewer District,   431 S,W. Ambaum Blvd.,   Burien, WA 98166-2497
955086359   +Union Bank,   332 S.W. Everett Mall Way , 4th floor,   Everett, WA 98204-2782
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: WADEPREV.COM Feb 18 2015 01:03:00     State of Washington,   Department of Revenue,
              2101 4th Ave, Ste 1400,   Seattle, WA  98121-2300
955086353   +EDI: IRS.COM Feb 18 2015 01:03:00     Internal Revenue Service,   M/S W244,   915 2nd Ave,
              Seattle, WA 98174-1007
955086355   +E-mail/Text: bankruptcynotice.treasury@kingcounty.gov Feb 18 2015 01:12:03
              King County Office of Finance,   Real Property Dept.,   500 4th Ave,, #600,
              Seattle, WA 98104-2337
955124954    EDI: RESURGENT.COM Feb 18 2015 01:03:00     LVNV Funding, LLC its successors and assigns as,
              assignee of Citibank (South Dakota),,   N.A.,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
955123446    EDI: RESURGENT.COM Feb 18 2015 01:03:00     LVNV Funding, LLC its successors and assigns as,
              assignee of CVF Consumer Acquisition,   Company,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
955259997    E-mail/Text: bankruptcy.SMC@seattle.gov Feb 18 2015 01:11:39     Seattle Municipal Court,
              Seattle Justice Center,   600 Fifth Avenue,   PO Box 34987,   Seattle, WA 98124-4987
                                                                                              TOTAL: 6
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Michele Assayag, Attorney for MUFG Union Bank, N.A,   c/o Assayag Mauss,
              2018 156th Avenue NE, Ste. 100,   Bellevue
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2015 at the address(es) listed below:
              K Michael Fitzgerald    on behalf of Trustee K Michael Fitzgerald courtmail@seattlech13.com
              K Michael Fitzgerald    courtmail@seattlech13.com
              Michele S Assayag    on behalf of Special Request   MUFG Union Bank, N.A., formerly known as Union
               Bank, N.A. michelea@amlegalgroup.com, waefilings@amlegalgroup.com
              Michele S Assayag    on behalf of Attorney   Michele Assayag, Attorney for MUFG Union Bank, N.A.,
               formerly known as Union Bank, N.A. michelea@amlegalgroup.com, waefilings@amlegalgroup.com
              Richard J Wotipka    on behalf of Debtor Luu  Le rjw@bwseattlelaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Stephanie R. Lakinski    on behalf of Creditor   Karr Tuttle Campbell slakinski@karrtuttle.com, mhernandez@karrtuttle.com;mmunhall@karrtuttle.com
         United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

                                                                                                                                  TOTAL: 7

Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 14−14389−TWD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luu Le
dba A−Z Contracting LLC
8823 Renton Ave. S., #2
Seattle, WA 98118

Social Security / Individual Taxpayer ID No.:
xxx−xx−6363

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **February 17, 2015 for Luu Le, Debtor
and N/A for , Joint Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: February 17, 2015

                                          Mark L. Hatcher
                                          Clerk, U.S. Bankruptcy Court